### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| AAL USA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:16-cv-02090-KOB |
| BLACK HALL AEROSPACE, INC., et al., | ) | This Document Relates to All Cases |
| Defendants. | ) | |

## ORDER

This case is before the court on a renewed motion to stay filed by Defendants Paul Daigle and Keith Woolford. (Doc. 123 in 2:16-cv-02090-KOB). For the reasons discussed at the status conference held on October 2, 2017, this court STAYS discovery in both consolidated cases only as to Defendants Daigle and Woolford, and as to any testimony they may be required to provide on behalf of the corporate defendants. The court ORDERS Mr. Woolford and Mr. Daigle to provide to the court a detailed update every 60 days, or as soon as they learn of any new developments.

The court DENIES AS MOOT AAL Group's motion to reconsider the stay entered in 2:17-cv-00399-KOB. (Doc. 22 in 2:17-cv-00399-KOB). The stay in that case includes a suspension of the parties' obligations under Federal Rule of Civil Procedure 26.

**DONE** and **ORDERED** this 3rd day of October, 2017.

*/s/ Karon O. Bowdre*
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE