UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AAL USA, INC., | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:16-cv-02090-KOB-HNJ |
| KEITH WOOLFORD, et al., | ) |
| Defendants | ) |
| AAL GROUP, LTD., | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:17-cv-00399-KOB-HNJ |
| KEITH WOOLFORD, | ) |
| Defendant | ) |

**O R D E R**

The court previously ordered defendant Keith Woolford to provide status updates every 60 days. (Doc. 156 in 2:16-cv-02090-KOB-HNJ; Doc. 54 in 2:17-cv-00399-KOB-HNJ). Woolford filed his last update on November 5, 2018. (Doc. 411 in 2:16-cv-02090-KOB-HNJ; Doc. 281 in 2:17-cv-00399-KOB-HNJ). The court stayed this action until December 21, 2018, to allow Keith and Amy Woolford to retain new counsel. In that order, the court also directed the Woolfords' counsel to provide the clerk with the Woolfords' last known address. (Doc. 414 in

2:16-cv-02090-KOB-HNJ; Doc. 284 in 2:17-cv-00399-KOB-HNJ).  No counsel has appeared on the Woolfords' behalf, and the Woolfords have not filed any status updates.  Therefore, pursuant to the court's previous Order requiring regular status updates, the court **ORDERS** Keith and Amy Woolford to file a status update within seven (7) days from the entry date of this order, and every sixty (60) days thereafter.  The Clerk is **DIRECTED** to provide a copy of this order to Keith Woolford and Amy Woolford.

    **DONE** this 5th day of August, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE